# COMPOSITE EXHIBIT "1"

Florida Department of State

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

**Foreign Profit Corporation**
USAA CASUALTY INSURANCE COMPANY

### Filing Information

| | |
|---|---|
| **Document Number** | F00000001869 |
| **FEI/EIN Number** | 59-3019540 |
| **Date Filed** | 04/03/2000 |
| **State** | TX |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 04/03/2000 |
| **Event Effective Date** | NONE |

### Principal Address

9800 FREDERICKSBURG RD.
SAN ANTONIO, TX 78288

### Mailing Address

9800 FREDERICKSBURG RD.
SAN ANTONIO, TX 78288

### Registered Agent Name & Address

CHIEF FINANCIAL OFFICER
200 E. GAINES STREET
TALLAHASSEE, FL 32399

### Officer/Director Detail

**Name & Address**

Title Senior Vice President - Assistant Secretary

Morris, Karen S
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Vice President - Tax Officer

Wageman, Patrick A
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Director

Bishop, Laura M
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Vice President - Compliance Officer - Interim AML Officer

Foley, Michael W
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title VP

Wisian, Kirby W
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Executive Vice President, Secretary, Director

Donnley, Deneen L
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Chairman of the Board, President - P&C Insurance Group

PEACOCK, S. WAYNE
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Director

BURGESS, SEAN P
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Director

UNGASHICK, TIMOTHY J
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Senior Vice President - Treasurer

SEYBOLD, BRETT
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Vice Chairman of the Board

Cummings, Arthur D
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Director, Senior Vice President - Senior Financial Officer

Dunn, Debra K
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Director

Termeer, Randy
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Senior Vice President - Controller

Leiper, Martha D
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

Title Assistant Vice President - Assistant Secretary

Long, Alyssa J
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 04/07/2017 |
| 2018 | 04/25/2018 |
| 2019 | 04/17/2019 |

**Document Images**

| Date -- Type | |
|---|---|
| 04/17/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2013 -- ANNUAL REPORT | View image in PDF format |
| 08/15/2012 -- Reg. Agent Change | View image in PDF format |
| 02/17/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/18/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2003 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 02/05/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2000 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations

## 2019 FOREIGN PROFIT CORPORATION ANNUAL REPORT
DOCUMENT# F00000001869

Entity Name: USAA CASUALTY INSURANCE COMPANY

**Current Principal Place of Business:**

9800 FREDERICKSBURG RD.
SAN ANTONIO, TX 78288

**Current Mailing Address:**

9800 FREDERICKSBURG RD.
SAN ANTONIO, TX 78288

FEI Number: 59-3019540

**Name and Address of Current Registered Agent:**

CHIEF FINANCIAL OFFICER
200 E. GAINES STREET
TALLAHASSEE, FL 32399 US

FILED
Apr 17, 2019
Secretary of State
1807302898CC

Certificate of Status Desired: No

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent               Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | SENIOR VICE PRESIDENT - ASSISTANT SECRETARY | | Title | VICE PRESIDENT - TAX OFFICER |
| Name | MORRIS, KAREN S | | Name | WAGEMAN, PATRICK A |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO TX 78288 | | City-State-Zip: | SAN ANTONIO TX 78288 |
| Title | DIRECTOR | | Title | VICE PRESIDENT - COMPLIANCE OFFICER - INTERIM AML OFFICER |
| Name | BISHOP, LAURA M | | Name | FOLEY, MICHAEL W |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO TX 78288 | | City-State-Zip: | SAN ANTONIO TX 78288 |
| Title | VP | | Title | EXECUTIVE VICE PRESIDENT, SECRETARY, DIRECTOR |
| Name | WISIAN, KIRBY W | | Name | DONNLEY, DENEEN L |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO TX 78288 | | City-State-Zip: | SAN ANTONIO TX 78288 |
| Title | CHAIRMAN OF THE BOARD, PRESIDENT - P&C INSURANCE GROUP | | Title | DIRECTOR |
| Name | PEACOCK, S. WAYNE | | Name | BURGESS, SEAN P |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO TX 78288 | | City-State-Zip: | SAN ANTONIO TX 78288 |

**Continues on page 2**

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: MARTHA D LEIPER           SENIOR VICE PRESIDENT - CONTROLLER     04/17/2019

Electronic Signature of Signing Officer/Director Detail                Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | SENIOR VICE PRESIDENT - TREASURER |
| Name | UNGASHICK, TIMOTHY J | | Name | SEYBOLD, BRETT |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO  TX  78288 | | City-State-Zip: | SAN ANTONIO  TX  78288 |
| Title | VICE CHAIRMAN OF THE BOARD | | Title | DIRECTOR, SENIOR VICE PRESIDENT - SENIOR FINANCIAL OFFICER |
| Name | CUMMINGS, ARTHUR D | | Name | DUNN, DEBRA K |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO  TX  78288 | | City-State-Zip: | SAN ANTONIO  TX  78288 |
| Title | DIRECTOR | | Title | SENIOR VICE PRESIDENT - CONTROLLER |
| Name | TERMEER, RANDY | | Name | LEIPER, MARTHA D |
| Address | 9800 FREDERICKSBURG ROAD | | Address | 9800 FREDERICKSBURG ROAD |
| City-State-Zip: | SAN ANTONIO  TX  78288 | | City-State-Zip: | SAN ANTONIO  TX  78288 |
| Title | ASSISTANT VICE PRESIDENT - ASSISTANT SECRETARY | | | |
| Name | LONG, ALYSSA J | | | |
| Address | 9800 FREDERICKSBURG ROAD | | | |
| City-State-Zip: | SAN ANTONIO  TX  78288 | | | |